No. 97-7825. CHAPMAN v. CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 97-7831. KEITH v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 97-7833. JOHNSON v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO. C. A. 6th Cir. Certiorari denied.

No. 97-7836. JOHNSON v. UTAH. C. A. 10th Cir. Certiorari denied.

No. 97-7837. BOGGESS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 97-7850. DAVIS v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 97-7862. TATTA v. MILLER, SUPERINTENDENT, EASTERN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 97-7875. BRUNDIDGE v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 97-7878. FULLER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 97-7902. WARNER v. OHIO. Ct. App. Ohio, Lorain County. Certiorari denied.

No. 97-7921. STANDISH v. NIXON, ATTORNEY GENERAL OF MISSOURI, ET AL. C. A. 8th Cir. Certiorari denied.

No. 97-7928. KELLY v. CALDERON, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97-7940. PHILLIPS v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 97-7961. COUCH v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.